UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PATRICK NAGLIERI,

                       Plaintiff,

-against-

VALLEY STREAM CENTRAL HIGH
SCHOOL DISTRICT, KATHLEEN W.
CAIRO and ELLEN EDWARDS,

                       Defendants.
----------------------------------------------------------x

**MEMORANDUM AND ORDER**

CV 05-1989 (TCP)

PLATT, District Judge:

On the basis of and for the reasons set forth in the Report and Recommendation dated May 10, 2006 of United States Magistrate Judge Arlene Lindsay, the Report and Recommendation is affirmed, the objections filed by the plaintiff are overruled and the complaint against Ms. Edwards is dismissed with prejudice.

SO ORDERED.

                                                Thomas C. Platt, U.S.D.J.

Dated:   Central Islip, New York
          May 26, 2006